

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-19-00182-CV

Crystal **SMITH**,
Appellant

v.

Joseph **HICKMAN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Appellant's motion to strike unsupported factual allegations in appellee's brief is MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court